DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102-5106
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 43,660

Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW, LTD.



FILED
CLERK, U.S. DISTRICT COURT
JUN 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

NUNC PRO TUNC AS OF 02/01/10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>JANICE ELLEN ROEBUCK and JOHN T. STEWART, individually and dba MURPHY'S CAFÉ,<br><br>Defendants. | CASE NO. CV 99-2672-RMT (SHx)<br><br>[PROPOSED] RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants JANICE ELLEN ROEBUCK, JOHN STEWART aka JACK STEWART and JUDITH ANN STEWART, individually and dba MURPHY'S CAFÉ aka MURPHY'S, jointly and severally, the Default Judgment entered on 4/28/00 (copy attached) is hereby renewed in the amounts as set forth below:

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 99-2672 RMT (SHx)   1

Renewal of money judgment:

| | | |
|---|---|---|
| a. | Total judgment | $6,800.00 |
| b. | Costs after judgment | $ -0- |
| c. | Attorneys fees: | $ -0- |
| d. | Subtotal (*add a and b*) | $6,800.00 |
| e. | Credits after judgment | $ -0- |
| f. | Subtotal (*subtract d from c*) | $6,800.00 |
| g. | Interest after judgment | $1,700.00 |
| h. | Fee for filing renewal application | $ -0- |
| i. | **Total renewed judgment** (*add e, 5, and g*) | $8,500.00 |

DATED: 06/15/10              CLERK, by  Lori Muraoka
                                         Deputy

F:\USERS\DJCNEW\murphy's.renewal1

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 99-2672 RMT (SHx)