Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW LTD )
)
      Plaintiff,   vs. )   Case No.: 2:99-CV-02672-RMT-SH
)
JANICE ELLEN ROEBUCK AND JOHN )   **RENEWAL OF JUDGMENT**
)
STEWART AKA JACK STEWART, et al, )   **BY CLERK**
)
      Defendant,

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

   Judgment in favor of Plaintiff, Kingvision Pay-Per-View, LTD, and against Defendant, Janice Ellen Roebuck, John Stewart aka Jack Stewart and Judith Ann Stewart, individually and dba Murphy's Café aka Murphy's, entered on June 18, 2010, be and the same is hereby renewed in the amounts as set forth below:

   Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 8,500.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | **$** | **8,500.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | 8,500.00 |
| f. | Interest after judgment(.30%) | $ | 254.02 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| **h.** | Total renewed judgment (add e, f and g) | $ | **8,754.02** |

Dated: June 2, 2020      CLERK, by *Sharon HallBrown*
                                      Deputy

Kiry A. Gray,
Clerk of U.S. District Court